[No. 28935-7-I. Division One. December 14, 1992.]

FLORA JONES, *Appellant*, v. TRIDENT SEAFOODS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-03223-0, Sally Pasette, J., entered June 25, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.

[No. 27889-4-I. Division One. December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN LLOYD WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00685-3, Gerald L. Knight, J., entered February 21, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Scholfield, J.

[No. 27325-6-I. Division One. December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY QUARING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03605-3, Bobbe J. Bridge, J., entered November 19, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Agid, JJ.